**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff Tyler Smith*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYLER SMITH,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HUNTINGTON BEACH AND COUNTY OF ORANGE AND DOES 1–2,<br><br>Defendants. | Case No.: 8:25−cv−01326−JWH−DFM<br>District Judge John W. Holcomb<br>Magistrate Judge Douglas F. McCormick<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiff hereby submits his proof of service of the Complaint, Summons, and other documents on Defendants' CITY OF HUNTINGTON BEACH and COUNTY OF ORANGE; (attached hereto as Exhibit "A").

DATED: July 8, 2025         LAW OFFICES OF DALE K. GALIPO

By:  /s/   *Cooper Alison-Mayne*
         Cooper Alison-Mayne
         *Attorneys for Plaintiff*

# EXHIBIT A

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Dale K. Galipo (SBN 144074) <br> Cooper Alison-Mayne (SBN 343169) <br> LAW OFFICES OF DALE K. GALIPO <br> 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367 <br> TELEPHONE NO.: (818) 347-3333  |  E-MAIL ADDRESS: dalekalipo@yahoo.com; cmayne@galipolaw.com <br> ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 350 West First Street, Suite 4311
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District of California

PLAINTIFF/PETITIONER: TYLER SMITH
DEFENDANT/RESPONDENT: CITY OF HUNTINGTON BEACH AND COUNTY OF ORANGE

CASE NUMBER: 8:25-cv-01326-JWH-DFM

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 2465633CE

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **CIVIL COVER SHEET; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; STANDING ORDER; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**
3. a. Party served *(specify name of party as shown on documents served)*:
   **CITY OF HUNTINGTON BEACH**
   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Linda Wentzel, City Clerk, Authorized person to accept service of process**
4. Address where the party was served: **2000 Main Street, Huntington Beach, CA 92648**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **7/2/2025** (2) at *(time)*: **1:39 PM**
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*:   or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/2465633

| | |
|---|---|
| Plaintiff: **TYLER SMITH** | CASE NUMBER: |
| Defendant: **CITY OF HUNTINGTON BEACH AND COUNTY OF ORANGE** | 8:25-cv-01326-JWH-DFM |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on (date):                       (2) from (city):

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

     ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* **CITY OF HUNTINGTON BEACH**
      under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)                 ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)           ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)        ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                     ☐ 415.46 (occupant)
                                                            ☑ other: **FRCP 4(i)(2)**

7. **Person who served papers**
   a. Name: **Luis Gil - Ace Attorney Service, Inc.**
   b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**
   c. Telephone number: **(213) 623-3979**
   d. **The fee** for service was: **$208.46**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
         (i) ☐ owner    ☑ employee    ☐ independent contractor.
        (ii) Registration No.: **2023077944**
        (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
     or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **7/7/2025**

                **Luis Gil**                   ▶      *(Signature - Per CC §1633.7)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

| | |
|---|---|
| **From:** | POD@acelegal.com |
| **To:** | Darci Gilbert |
| **Subject:** | Delivery Confirmation for Control# 2465633 Ref# SMITH V CITY |
| **Date:** | Wednesday, July 2, 2025 1:46:54 PM |

ACE ATTORNEY SERVICE, INC.

ATTN: DARCI GILBERT

CTRL: 2465633   ORDER DATE: 7/02/25   SERVICE TYPE: PDF PND
CUST: 13865 LAW OFFICES OF DALE K. GALIPO        REF: SMITH V CITY

PU: LAW OFFICES OF DALE K. GALIPO      DL: City of Huntington Beach
  21800 BURBANK BLVD.              2000 Main Street
  WOODLAND HILLS   CA  91367         HUNTINGTON BEACH
  RM:SUITE 310


DEL DATE:  7/02/25   TIME: 13:45   SIGN: Linda went el city ck

  CASE NUMBER:8:25-cv-01326
  CASE NAME:SMITH V CITY
  DOCUMENTS:FED S&C
      ...

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Dale K. Galipo (SBN 144074)<br>Cooper Alison-Mayne (SBN 343169)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 | E-MAIL ADDRESS: dalekalipo@yahoo.com; cmayne@galipolaw.com<br>ATTORNEY FOR *(Name)*: Plaintiff: | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 350 West First Street, Suite 4311
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District of California

PLAINTIFF/PETITIONER: TYLER SMITH
DEFENDANT/RESPONDENT: CITY OF HUNTINGTON BEACH AND COUNTY OF ORANGE

CASE NUMBER: 8:25-cv-01326-JWH-DFM

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 2465635CE

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: CIVIL COVER SHEET; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; STANDING ORDER; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM
3. a. Party served *(specify name of party as shown on documents served)*:
   **COUNTY OF ORANGE**
   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Alessandra Esquivez, Deputy Clerk, Authorized person to accept service of process**
4. Address where the party was served: **400 West Civic Center, Santa Ana, CA 92701**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **7/3/2025** (2) at *(time)*: **1:15 PM**
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/2465635

|  |  |
|---|---|
| Plaintiff: TYLER SMITH<br>Defendant: CITY OF HUNTINGTON BEACH AND COUNTY OF ORANGE | CASE NUMBER:<br>8:25-cv-01326-JWH-DFM |

- c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  - (1) on *(date):*      (2) from *(city):*
  - (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
  - (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
- d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   - a. ☐ as an individual defendant.
   - b. ☐ as the person sued under the fictitious name of *(specify):*
   - c. ☐ as occupant.
   - d. ☑ On behalf of *(specify):* **COUNTY OF ORANGE**
     under the following Code of Civil Procedure section:
     - ☐ 416.10 (corporation)
     - ☐ 416.20 (defunct corporation)
     - ☐ 416.30 (joint stock company/association)
     - ☐ 416.40 (association or partnership)
     - ☐ 416.50 (public entity)
     - ☐ 415.95 (business organization, form unknown)
     - ☐ 416.60 (minor)
     - ☐ 416.70 (ward or conservatee)
     - ☐ 416.90 (authorized person)
     - ☐ 415.46 (occupant)
     - ☑ other: **FRCP 4(i)(2)**

7. **Person who served papers**
   - a. Name: **Hector Acuna - Ace Attorney Service, Inc.**
   - b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**
   - c. Telephone number: **(213) 623-3979**
   - d. **The fee** for service was: **$143.96**
   - e. I am:
     - (1) ☐ not a registered California process server.
     - (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     - (3) ☑ registered California process server:
       - (i) ☐ owner    ☑ employee    ☐ independent contractor.
       - (ii) Registration No.: **2025102281**
       - (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **7/7/2025**

**Hector Acuna**          ▶ *(Signature - Per CC §1633.7)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

| | |
|---|---|
| **From:** | POD@acelegal.com |
| **To:** | Darci Gilbert |
| **Subject:** | Delivery Confirmation for Control# 2465635 Ref# SMITH V CITY |
| **Date:** | Thursday, July 3, 2025 1:33:22 PM |

ACE ATTORNEY SERVICE, INC.

ATTN: DARCI GILBERT

CTRL: 2465635   ORDER DATE: 7/02/25   SERVICE TYPE: PDF PND
CUST: 13865 LAW OFFICES OF DALE K. GALIPO     REF: SMITH V CITY

PU: LAW OFFICES OF DALE K. GALIPO     DL: COUNTY OF ORANGE
  21800 BURBANK BLVD.             400 W. Civic Center Drive
  WOODLAND HILLS   CA  91367        SANTA ANA
  RM:SUITE 310

DEL DATE:  7/03/25   TIME: 13:15   SIGN: ALESSANDRA ESQUIVEL

  CASE NUMBER:8:25-cv-01326
  CASE NAME:SMITH V CITY
  DOCUMENTS:FED S&C
       ...