S. FRANK HARRELL – SBN 133437
sharrell@lynberg.com
JESSE K. COX – SBN 285218
jcox@lynberg.com
JARED D. SHAHAR – SBN 351351
jshahar@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant COUNTY OF ORANGE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HUNTINGTON BEACH AND COUNTY OF ORANGE AND DOES 1-2,<br><br>Defendants. | CASE NO. 8:25-cv-01326-JWH-DFM<br><br>*Assigned to: Hon. John W. Holcomb – Courtroom 9D*<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served on Defendant County: July 3, 2025<br><br>Current response date for Defendant County: July 24, 2025<br><br>New response date for Defendant County: August 22, 2025<br><br>*Trial Date:*       None Set<br><br>*Complaint filed:*   June 19, 2025 |

1
**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

**STIPULATION**

Plaintiff TYLER SMITH ("Plaintiff") and Defendant COUNTY OF ORANGE ("Defendant"), by and through their respective attorneys of record, hereby stipulate and agree, pursuant to Local Rule 8-3, that Defendant County has up to and including Friday, August 22, 2025, to respond to Plaintiff's initial Complaint in this action.

DATED: July 18, 2025

**LYNBERG & WATKINS**
A Professional Corporation

By: /s/ Jesse K. Cox[1]
**S. FRANK HARRELL**
**JESSE K. COX**
**JARED D. SHAHAR**
Attorneys for Defendant
COUNTY OF ORANGE

DATED: July 18, 2025

**LAW OFFICES OF DALE K. GALIPO**

By: /s/ Cooper Alison-Mayne
**DALE K. GALIPO**
**COOPER ALISON-MAYNE**
Attorneys for Plaintiff
TYLER SMITH

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.