S. FRANK HARRELL – SBN 133437
sharrell@lynberg.com
JESSE K. COX – SBN 285218
jcox@lynberg.com
JARED D. SHAHAR – SBN 351351
jshahar@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant COUNTY OF ORANGE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TYLER SMITH,

Plaintiff,

vs.

CITY OF HUNTINGTON BEACH AND COUNTY OF ORANGE AND DOES 1-2,

Defendants.

CASE NO. 8:25-cv-01326-JWH-DFM

*Assigned to: Hon. John W. Holcomb – Courtroom 9D*

**CERTIFICATE OF INTERESTED PARTIES**

*Trial Date:* *None Set*

*Complaint filed:* *June 19, 2025*

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned, counsel of record for Defendant COUNTY OF ORANGE, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This representation is made to enable the Court to evaluate possible disqualification or recusal:

| **PARTY** | **CONNECTION** |
|---|---|
| COUNTY OF ORANGE | Defendant |

DATED: July 18, 2025

Respectfully submitted,

**LYNBERG & WATKINS**
A Professional Corporation

By: */s/ Jesse K. Cox*
**S. FRANK HARRELL**
**JESSE K. COX**
**JARED D. SHAHAR**
Attorneys for Defendant
COUNTY OF ORANGE