# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER SMITH<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF HUNTINGTON BEACH, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:25–cv–01326–JWH–DFM<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __7/23/2025__

Document No.: __16__

Title of Document:  __MOTION TO DISMISS PLAINTIFFS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) BY DEFENDANT CITY OF HUNTINGTON BEACH__

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _July 25, 2025_       By: _/s/ Yvette Louis  yvette_louis@cacd.uscourts.gov_
                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS