MICHAEL J. VIGLIOTTA, City Attorney (SBN 207630)
ANDREW KORNOFF, Sr. Deputy City Attorney (SBN 283626)
2000 Main Street, P.O. Box 190
Huntington Beach, CA 92648
Tel: (714) 536-5555; Fax: (714) 374-1590
Email:  Andrew.Kornoff@surfcity-hb.org

Attorneys for Defendant,
City of Huntington Beach

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER SMITH,<br><br>　　　Plaintiff,<br><br>vs.<br><br>CITY OF HUNTINGTON BEACH AND COUNTY OF ORANGE AND DOES 1-2.<br><br>　　　Defendants. | Case No.: 8:25-cv-01326-JWH (DFMx)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) BY DEFENDANT CITY OF HUNTINTON BEACH**<br><br>DATE:  Fri., August 29, 2025<br>TIME:   9:00 a.m.<br>CTRM:  9D – Santa Ana |

　　　Defendant CITY OF HUNTINGTON BEACH's Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure Section 12(b)(6) came on for hearing on August 29, 2025 at 9:00 a.m. in Courtroom 9D of the above-entitled court, located at 411 W. 4th Street, Santa Ana, California, the Honorable Judge Holcomb, presiding.

1 | After consideration of the papers, evidence and oral argument submitted to
2 | the Court, the Court ruled that the City's Motion to Dismiss is **GRANTED**.
3 |
4 | Dated: _____        _____
5 |                               HONORABLE JUDGE JOHN W. HOLCOMB
6 |                               UNITED STATES DISTRICT COURT JUDGE