**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff Tyler Smith*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER SMITH,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HUNTINGTON BEACH AND COUNTY OF ORANGE AND DOES 1–2,<br>,<br><br>Defendants. | Case No.: 8:25−cv−01326−JWH−DFM<br><br>District Judge John W. Holcomb<br>Magistrate Judge Douglas F. McCormick<br><br>**JOINT STIPULATION TO CHANGE HEARING DATE FOR MOTION TO DISMISS** |

**TO THIS HONORABLE COURT:**

Plaintiff and Defendant City of Huntington Beach, by and through their respective counsel of record, hereby stipulate and jointly request that the hearing on Defendant City of Huntington Beach's Motion to Dismiss (ECF No. 16), currently set for August 29, 2025, be moved to August 22, 2025 at 9:00 a.m.

This request is made to accommodate scheduling conflicts for Plaintiff's counsel, who will be unavailable during the week of August 29 due to pre-planned travel.

Pursuant to Local Rule 7-11, the parties further stipulate to adjust the briefing schedule as follows:

- Plaintiff's Opposition will be due on August 1, 2025;
- Defendant's Reply will be due on August 8, 2025.

This is the first request to modify the hearing date or related briefing deadlines. This stipulation is made in good faith and is supported by good cause.

DATED: July 28, 2025         **LAW OFFICES OF DALE K. GALIPO**

By: /s/ *Cooper Alison-Mayne*
Cooper Alison-Mayne
*Attorneys for Plaintiff*

DATED: July 28, 2025         **MICHAEL J. VIGLIOTTA, City Attorney**

By: /s/ *Andrew Kornoff*
Andrew Kornoff, Sr. Deputy City Attorney
Attorney for Defendant
City of Huntington Beach