**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff Tyler Smith*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF HUNTINGTON BEACH AND COUNTY OF ORANGE AND DOES 1–2,<br>,<br><br>　　　　　Defendants. | Case No.: 8:25−cv−01326−JWH−DFM<br>District Judge John W. Holcomb<br>Magistrate Judge Douglas F. McCormick<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CHANGE HEARING DATE** |

1
PROPOSED ORDER GRANTING JOINT STIPULATION TO CHANGE HEARING DATE

| | |
|---|---|
| 1 | Having reviewed the Parties' July 28, 2025 Joint Stipulation to Change |
| 2 | Hearing Date for Motion to Dismiss, IT IS HEREBY ORDERED that |
| 3 | Defendants CITY OF HUNTINGTON BEACH Motion to Dismiss (ECF No. |
| 4 | 16), currently set for August 29, 2025, shall be moved to August 22, 2025, at |
| 5 | 9:00 a.m. Pursuant to Local Rule 7-11, and the parties stipulation, the briefing |
| 6 | schedule is adjusted as follows: Plaintiff's Opposition will be due on August 1, |
| 7 | 2025; Defendant's Reply will be due on August 8, 2025. |
| 8 | |
| 9 | IT IS SO ORDERED. |
| 10 | |
| 11 | Dated:_____  _____ |
| 12 | Honorable Judge John W. Holcomb |
|    | United States District Court |