# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| TYLER SMITH | 8:25–cv–01326–JWH–DFM |
| Plaintiff(s), | |
| v. | |
| CITY OF HUNTINGTON BEACH, et al. | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:    7/25/2025

Document No.:    19

Title of Document:    MOTION to Dismiss

**ERROR(S) WITH DOCUMENT:**

Proposed documents shall be filed as an attachment to the main document or with a Notice of Lodging.

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: July 30, 2025                    By:  _/s/ Yvette Louis_ _yvette_louis@cacd.uscourts.gov_
                                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS