# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER SMITH, | Case No.: 8:25−cv−01326−JWH−DFM |
| Plaintiff, | District Judge John W. Holcomb |
| v. | Magistrate Judge Douglas F. McCormick |
| CITY OF HUNTINGTON BEACH AND COUNTY OF ORANGE AND DOES 1–2, | **ORDER GRANTING JOINT STIPULATION TO CHANGE HEARING DATE** |
| Defendants. | |

Having reviewed the Parties' July 28, 2025, Joint Stipulation to Change Hearing Date for Motion to Dismiss, and good cause appearing therefor, it is hereby **ORDERED** as follows:

1. The hearing on the Motion to Dismiss of Defendants CITY OF HUNTINGTON BEACH (ECF No. 16), currently set for August 29, 2025, is **ADVANCED** to August 22, 2025, at 9:00 a.m.

2. Pursuant to L.R. 7-11, and the parties' stipulation, the briefing schedule is adjusted as follows:

   a. Plaintiff's Opposition is due on August 1, 2025; and

   b. Defendant's Reply is due on August 8, 2025.

**IT IS SO ORDERED.**

Dated: July 30, 2025

Honorable Judge John W. Holcomb
UNITED STATES DISTRICT JUDGE