NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TYLER SMITH | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| CITY OF HUNTINGTON BEACH, COUNTY OF ORANGE, JACOB WARKEN, JUSTIN WHITE, AND DOES 1–2 | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Plaintiff___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Tyler Smith | Plaintiff |
| City of Huntington Beach | Defendant |
| County of Orange | Defendant |
| Justin White | Defendant |
| Doe 1 | Defendant |
| Jacob Warken | Defendant |

October 19, 2025
Date

/s/ Dale Galipo
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff