MICHAEL J. VIGLIOTTA, City Attorney (SBN 207630)
ANDREW KORNOFF, Sr. Deputy City Attorney (SBN 283626)
2000 Main Street, P.O. Box 190
Huntington Beach, CA 92648
Tel: (714) 536-5555; Fax: (714) 374-1590
Email:  Andrew.Kornoff@surfcity-hb.org

Attorneys for Defendant,
City of Huntington Beach

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF HUNTINGTON BEACH AND COUNTY OF ORANGE AND DOES 1-2.<br><br>    Defendants. | Case No.: 8:25-cv-01326-JWH (DFMx)<br><br>**NOTICE OF INTERESTED PARTIES BY DEFENDANT CITY OF HUNTINGTON BEACH** |

TO THE ABOVE-ENTITLED COURT:

The undersigned, counsel of record for Defendant CITY OF HUNTINGTON BEACH ("Defendant" or "City"), certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal pursuant to Local Rule 7.1-1.

1. Plaintiff Tyler Smith;
2. Defendant City of Huntington Beach;
3. Defendant Justin White;

393332.docx

4. Defendant Jacob Warken; and

5. Defendant County of Orange.

DATED: October 24, 2025

MICHAEL J. VIGLIOTTA, City Attorney

By: _____
Andrew Kornoff, Sr. Deputy City Attorney
Attorney for Defendant
City of Huntington Beach