```
MICHAEL J. VIGLIOTTA, City Attorney (SBN 207630)
ANDREW KORNOFF, Sr. Deputy City Attorney (SBN 283626)
2000 Main Street, P.O. Box 190
Huntington Beach, CA 92648
Tel: (714) 536-5555; Fax: (714) 374-1590
Andrew.Kornoff@surfcity-hb.org

Eugene P. Ramirez, Esq. (SBN 134865)
Eugene Hanrahan, Esq. (SBN 185826)
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Tel: (213) 624-6900; Fax: (213) 624-6999
eugene.ramirez@manningkass.com
eugene.hanrahan@manningkass.com
```

Attorneys for Defendants,
City of Huntington Beach and Jacob Warken

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TYLER SMITH, | Case No.: 8:25-cv-01326-JWH (DFMx) |
|---|---|
| Plaintiff, | **ASSOCIATION OF COUNSEL FOR DEFENDANTS CITY OF HUNTINGTON BEACH AND JACOB WARKEN** |
| vs. | |
| CITY OF HUNTINGTON BEACH; COUNTY OF ORANGE; JACOB WARKEN; JUSTIN WHITE AND DOE 1. | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that City Attorney Michael J. Vigliotta and Senior Deputy City Attorney Andrew Kornoff, attorneys for Defendants CITY OF

1  HUNTINGTON BEACH and JACOB WARKEN, hereby associate attorneys
2  Eugene P. Ramirez, Esq. and Eugene Hanrahan, Esq. from the law firm of
3  MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP as co-counsel for
4  Defendants City of Huntington Beach and Jacob Warken in this matter.  The names,
5  office addresses, telephone numbers and e-mail addresses of the associated counsel
6  are as follows:

Eugene P. Ramirez, Esq.<br>
Eugene Hanrahan, Esq.<br>
MANNING & KASS<br>
ELLROD, RAMIREZ, TRESTER LLP<br>
801 S. Figueroa St, 15th Floor<br>
Los Angeles, California 90017-3012<br>
Telephone: (213) 624-6900<br>
Facsimile: (213) 624-6999<br>
eugene.ramirez@manningkass.com<br>
eugene.hanrahan@manningkass.com

15  All parties herein are requested to direct copies of all pleadings, discovery and
16  correspondence to the associated attorney, as well as the original attorneys of record.

18  DATED:  December 2, 2025              MICHAEL J. VIGLIOTTA, City Attorney

                                          By: _____
                                          Andrew Kornoff, Sr. Deputy City Attorney
                                          Attorney for Defendants
                                          City of Huntington Beach and Jacob Warken

24  DATED:  December 2, 2025              MANNING & KASS
                                          ELLROD, RAMIREZ, TRESTER LLP

                                          By: /s/ Eugene P. Ramirez
                                          _____
                                          Eugene P. Ramirez, Esq.
                                          Attorney for Defendants
                                          City of Huntington Beach and Jacob Warken

397781.docx

# PROOF OF SERVICE OF PAPERS

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 2000 Main Street, Huntington Beach, CA 92648.

On December 2, 2025, I served the foregoing document(s) described as: **ASSOCIATION OF COUNSEL FOR DEFENDANTS CITY OF HUNTINGTON BEACH AND JACOB WARKEN** on the interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| Dale K. Galipo, Esq.<br>Cooper Alison-Mayne, Esq.<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, CA 91367 | Attorneys for Plaintiff Tyler Smith<br>Phone: (818) 347-3333<br>dalekgalipo@yahoo.com<br>cmayne@galipolaw.com<br>dgilbert@galipolaw.com |
| S. Frank Harrell, Esq.<br>Jesse K. Cox, Esq.<br>Jared D. Shahar, Esq.<br>LYNBERG & WATKINS<br>1100 W. Town & Country Road<br>Suite #1450<br>Orange, CA  92868 | Attorneys for Defendant COUNTY OF ORANGE<br>(714) 937-1010 Telephone<br>(714) 937-1003 Facsimile<br>sharrell@lynberg.com<br>jcox@lynberg.com<br>jshahar@lynberg.com |
| Eugene P. Ramirez, Esq.<br>Eugene Hanrahan, Esq.<br>MANNING & KASS<br>ELLROD, RAMIREZ, TRESTER LLP<br>801 S. Figueroa St, 15th Floor<br>Los Angeles, California 90017-3012 | Co-Counsel for Defendants CITY OF HUNTINGTON BEACH and JACOB WARKEN<br>Tel: (213) 624-6900;<br>Fax: (213) 624-6999<br>eugene.ramirez@manningkass.com<br>eugene.hanrahan@manningkass.com |

   a.   []   BY MAIL -- The envelope was sealed and placed for collection on the date listed above. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

  b. [X] BY EMAIL – Electronic Service to the person(s) at the electronic service address(es) listed above.

 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

 Executed on December 2, 2025, in Huntington Beach, California.

*/s/ Christina Kelemen*
CHRISTINA KELEMEN