

LAW OFFICES OF
DALE K. GALIPO
CIVIL RIGHTS ATTORNEYS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER SMITH, | Case No.: 8:25−cv−01326−JWH−DFM |
| Plaintiff, | District Judge John W. Holcomb |
| v. | Magistrate Judge Douglas F. McCormick |
| CITY OF HUNTINGTON BEACH, et al. | **[PROPOSED] ORDER** |
| Defendants. | |

1

The Court, having reviewed the Joint Stipulation submitted by the Parties, and good cause appearing, hereby **ORDERS** as follows:

        1.     The Scheduling Order is **MODIFIED.**

        2.     The following deadlines are established:

| Deadline | Current | Proposed |
|---|---|---|
| Initial Expert Disclosures | May 15, 2026 | July 10, 2026 |
| Rebuttal Expert Disclosures | May 29, 2026 | July 24, 2026 |
| Discovery Cutoff | June 12, 2026 | August 7, 2026 |
| Dispositive Motion Filing Deadline | July 24, 2026 | September 11, 2026 |

All other dates and deadlines set forth in the Scheduling and Case Management ORDER remain in effect.

     **IT IS SO ORDERED.**

Dated: _____

                                _____
                                Hon. John W. Holcomb
                                UNITED STATES DISTRICT JUDGE