LAW OFFICES OF
DALE K. GALIPO
CIVIL RIGHTS ATTORNEYS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER SMITH, | Case No.: 8:25−cv−01326−JWH−DFM |
| Plaintiff, | District Judge John W. Holcomb |
| v. | Magistrate Judge Douglas F. McCormick |
| CITY OF HUNTINGTON BEACH, et al., | **ORDER** |
| Defendants. | |

1

The Court, having reviewed the Joint Stipulation submitted by the Parties, and good cause appearing, hereby **ORDERS** as follows:

    1.    The Scheduling Order is **MODIFIED.**

    2.    The following deadlines are **SET**:

| DEADLINE | CURRENT | NEW |
|---|---|---|
| Initial Expert Disclosures | May 15, 2026 | July 10, 2026 |
| Rebuttal Expert Disclosures | May 29, 2026 | July 24, 2026 |
| Discovery Cutoff | June 12, 2026 | August 7, 2026 |
| Dispositive Motion Hearing Deadline | July 24, 2026 | September 11, 2026 |

    3.    All other dates and deadlines set forth in the Scheduling and Case Management Order remain in effect.

**IT IS SO ORDERED.**

Dated: April 8, 2026

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE

2