**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER SMITH, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF HUNTINGTON BEACH; JACOB WARKEN; COUNTY OF ORANGE, and JUSTIN WHITE <br><br> Defendants. | Case No.: 8:25-cv-01326-JWH-DFM <br> Honorable John W. Holcomb <br> Douglas F. McCormick <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST COUNTY OF ORANGE AND JUSTIN WHITE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)** |



LAW OFFICES OF
**DALE K. GALIPO**
CIVIL RIGHTS ATTORNEYS

1

## JOINT STIPULATION TO DISMISS
## COUNTY OF ORANGE AND JUSTIN WHITE

Plaintiff Tyler Smith and Defendants City of Huntington Beach, Jacob Warken, County of Orange, and Justin White hereby stipulate that all claims against Defendants County of Orange and Justin White be dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

Plaintiff and Defendants County of Orange and Justin White shall bear their own costs and fees as to one another.

This stipulation applies only to Defendants County of Orange and Justin White and has no bearing on Plaintiff's claims against Defendants City of Huntington Beach; Jacob Warken.



Dated: April 14, 2026          **LAW OFFICES OF DALE K. GALIPO**

By:    */s/    Cooper Alison-Mayne*
          Dale K. Galipo
          Cooper Alison-Mayne[1]

          *Attorneys for Plaintiff*

DATED:  April 14, 2026          **LYNBERG & WATKINS**
          A Professional Corporation

By:  */s/ Jesse K. Cox*
          **JESSE K. COX**
          **JARED D. SHAHAR**
          Attorneys for Defendants
          COUNTY OF ORANGE and JUSTIN WHITE

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2

DATED:  April 14, 2026

**MANNING AND KASS ELLROD RAMIREZ TRESTER LLP**
A Professional Corporation


By: */s/ Eugene Ramirez*
**Eugene Ramirez**
CITY OF HUNTINGTON BEACH AND JACOB WARKEN

3