# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

TYLER SMITH,

              Plaintiff,

     vs.

CITY OF HUNTINGTON BEACH; JACOB WARKEN; COUNTY OF ORANGE, and JUSTIN WHITE

              Defendants.

Case No.: 8:25-cv-01326-JWH-DFM
Honorable John W. Holcomb
Douglas F. McCormick

**[PROPOSED] ORDER**

1

Pursuant to the parties' Joint Stipulation for Dismissal of All Claims Against County of Orange and Justin White and Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), defendants County of Orange and Justin White are dismissed with prejudice. Plaintiff and Defendants County of Orange and Justin White shall bear their own costs and fees as to one another.  This stipulation applies only to Defendants County of Orange and Justin White and has no bearing on Plaintiff's claims against Defendants City of Huntington Beach and Jacob Warken, nor on any costs or attorneys' fees related to the litigation of claims against them.

**IT IS SO ORDERED.**

Dated:                          _____
                                Honorable John W. Holcomb
                                United States District Judge

2