Eugene P. Ramirez  (SBN 134865)
*eugene.ramirez@manningkass.com*
Eugene Hanrahan (SBN 185826)
*eugene.hanrahan@manningkass.com*
**MANNING & KASS ELLROD,
RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor, Los
Angeles, California 90017-3012
Telephone: (213) 624-6900;
Facsimile: (213) 624-6999

Attorneys for Defendants City of
Huntington Beach and Jacob Warken

Dale K. Galipo
*dalekgalipo@yahoo.com*
Cooper Mayne
*cmayne@galipolaw.com*
**LAW OFFICES OF DALE GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiff Tyler Smith

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| TYLER SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF HUNTINGTON BEACH et al.,<br><br>Defendants. | Case No. 8:25-cv-01326-JWH (DFMx)<br><br>*Hon. Judge Holcomb*<br>*Hon. Magistrate Judge McCormick*<br><br>**SECOND STIPULATION TO EXTEND LITIGATION DEADLINES**<br><br>[Proposed Order filed concurrently]<br><br>Trial Date: October 19, 2026<br>Complaint Filed: June 19, 2025 |

## **STIPULATION**

Pursuant to Central District Local Rule 7-1, plaintiff TYLER SMITH ("Plaintiffs") and defendants CITY OF HUNTINGTON BEACH and JACOB WARKEN ("Defendants") by and through their respective attorneys, jointly stipulate as follows:

1. On June 19, 2025, plaintiff filed his initial complaint alleging ten state and federal claims against the City of Huntington Beach and the County of Orange that arose from a non-fatal officer-involved shooting on July 16, 2024 in the City of

**STIPULATION RE EXTENSION OF PRETRIAL AND TRIAL DATES**

Huntington Beach.  [Dkt. 1 ¶ 1].

2.  On September 20, 2025, the court issued its first scheduling order setting the litigation deadlines for this case with a trial date on October 19, 2026.  [Dkt. 31].

3.  On October 1, 2025, plaintiff filed his first-amended complaint that alleged the same ten claims against the City of Huntington Beach, the County of Orange, Jacob Warken, and Justin White.  [Dkt. 32].

4.  On April 7, 2026, the parties stipulated to extend the litigation deadlines only regarding discovery and the "Dispositive Motion Filing Deadline" [Dkt. 44], and the court reset those deadlines consistent with stipulation on April 8, 2026 [Dkt. 45].

5.  On April 14, 2026, the parties stipulated to dismiss defendants County of Orange and Justin White with prejudice. [Dkt. 46]

6.  Lead defense counsel Eugene Ramirez is scheduled to have surgery for a full knee replacement on or around October of 2026.  This involves a lengthy recovery and rehabilitation process that will severely impair his mobility until the beginning of 2027.

7.  Huntington Beach Police Officer Jacob Warken is scheduled to take family leave from October through the end of December 2026 due to the birth of his child.

8.  Plaintiff's deposition is scheduled to be taken on July 15, 2026.  The defense experts, especially the physicians evaluating the extent of his injuries regarding damages, need the latest update of plaintiff's medical condition from the plaintiff to provide an up to date evaluation of his medical injuries which will naturally not be available until after plaintiff's deposition.  Plaintiff's deposition was delayed since plaintiff needed to recover from surgery and was unavailable in May or June of 2026.

9.  The court has not extended the trial date of this case thus far.

10.  The parties stipulate that plaintiff has two weeks from the filing of the defendant's summary judgment motion to file his opposition.

2

**STIPULATION RE EXTENSION OF PRETRIAL AND TRIAL DATES**

11.    The defense agrees that their only remaining discovery is to take the deposition of the plaintiff, conduct one independent medical examination of plaintiff, and to analyze and interpret plaintiff's current surgical and medical records related to his injuries from July 16, 2024.

ACCORDINGLY, IT IS HEREBY STIPULATED BY AND BETWEEN the Parties that the new pretrial and trial dates as follows:

| Deadline | Current | New |
| --- | --- | --- |
| Jury Trial (Monday at 9:00 a.m.) | October 19, 2026 | February 15, 2027 |
| Final Pretrial Conference (Friday at 1:00 p.m.) | October 2, 2026 | January 29, 2027 |
| Hearing on Motions *in Limine* (Friday at 9:00 a.m.) | September 18, 2026 | January 15, 2027 |
| Last Date to Hear Dispositive Motions (Friday at 9:00 a.m.) | September 11, 2026 | January 8, 2027 |
| Last Date to Conduct Settlement Conference | July 10, 2026 | December 4, 2026 |
| All Discovery Cut-Off | August 7, 2026 | October 9, 2026 |
| Rebuttal Expert Discl. | July 24, 2026 | September 25, 2026 |
| Initial Expert Discl. | July 10, 2026 | September 11, 2026 |

DATED:  July 9, 2026          **LAW OFFICES OF DALE GALIPO**


By:      /s/ *Dale Galipo*
         Dale Galipo
         Cooper Mayne
         Attorneys for Plaintiff Tyler Smith

3                    Case No. 5:24-cv-640-SSS-SP
**STIPULATION RE EXTENSION OF PRETRIAL AND TRIAL DATES**

DATED:  July 9, 2026

**MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**


By: _____/s/ *Eugene Ramirez*_____

Eugene Ramirez
Eugene Hanrahan
Attorneys for Defendants City of
Huntington Beach and Jacob Warken

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 801 S. Figueroa St., 15th Floor, Los Angeles, CA 90017-3012.

On July 9, 2026, I served true copies of the following document(s) described as **SECOND STIPULATION TO EXTEND LITIGATION DEADLINES**  on the interested parties in this action as follows:

**Electronic Mail Notice List**

**The following are those who are currently on the list to receive e-mail notices for this case.**

- **Cooper Alison-Mayne**
  **cmayne@galipolaw.com,dgilbert@galipolaw.com,coopermayne@recap.email**

- **Jesse Keenon Cox**
  **jcox@lynberg.com,dmiranda@lynberg.com**

- **Dale K Galipo**
  **dalekgalipo@yahoo.com,dgilbert@galipolaw.com,blevine@galipolaw.com,evalenzuela@galipolaw.com,bjohnson@galipolaw.com,rvalentine@galipolaw.com,slaurel@galipolaw.com,CMayne@galipolaw.com,msincich@galipolaw.com,ldeleon@galipolaw.com,amonguia@galipolaw.com,coopermayne@recap.email,hlee@galipolaw.com**

- **Eugene Paul Hanrahan**
  **eugene.hanrahan@manningkass.com,sandra.alarcon@manningkass.com,katherine.hwang@manningkass.com**

- **Andrew F Kornoff**
  **andrew.kornoff@surfcity-hb.org,chris@surfcity-hb.org,michele.hoffman@surfcity-hb.org**

- **Eugene P Ramirez**
  **Eugene.Ramirez@manningkass.com,delia.flores@manningkass.com**

- **Jared David Shahar**
  **jsarabian@lynberg.com**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 9, 2026, at Los Angeles, California.


                                          /s/ Sandra Alarcon
                                        Sandra Alarcon