**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYLER SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF HUNTINGTON BEACH et al.,<br><br>　　　　Defendants. | Case No. 8:25-cv-01326-JWH (DFMx)<br><br>*Hon. Judge Holcomb*<br>*Hon. Magistrate Judge McCormick*<br><br>**[PROPOSED] ORDER TO EXTEND LITIGATION DEADLINES**<br><br>[*Filed concurrently with Stipulation to Extend Litigation Deadlines*] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure, as well as the applicable United States District Court, Central District of California Local Rules, and Orders of the Court; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor and in furtherance of the interests of justice, IT IS HEREBY ORDERED that:

1.　　The Court extends the litigation deadlines as set forth in the column labeled "New" below:

**[PROPOSED] ORDER**

| Deadline | Current | New |
|---|---|---|
| Jury Trial (Monday at 9:00 a.m.) | October 19, 2026 | February 15, 2027 |
| Final Pretrial Conference (Friday at 1:00 p.m.) | October 2, 2026 | January 29, 2027 |
| Hearing on Motions *in Limine* (Friday at 9:00 a.m.) | September 18, 2026 | January 15, 2027 |
| Last Date to Hear Dispositive Motions (Friday at 9:00 a.m.) | September 11, 2026 | January 8, 2027 |
| Last Date to Conduct Settlement Conference | July 10, 2026 | December 4, 2026 |
| All Discovery Cut-Off | August 7, 2026 | October 9, 2026 |
| Rebuttal Expert Discl. | July 24, 2026 | September 25, 2026 |
| Initial Expert Discl. | July 10, 2026 | September 11, 2026 |

2.  Plaintiff has two weeks from the filing of the defense summary judgment motion to file his opposition.

3.  The defense's only remaining discovery is to take the deposition of the plaintiff, conduct one independent medical examination of plaintiff, and to analyze and interpret plaintiff's current surgical and medical records related to his injuries from July 16, 2024.

4.  The Court vacates the previous dates set for the in the previous Civil Trial Orders. [Dkt. 31 and 45]

Dated: _____

_____
Hon. John W. Holcomb
United States District Court Judge

[PROPOSED] ORDER

Submitted By:

Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Eugene Hanrahan (State Bar No.  185826))
  *eugene.hanrahan@manningkass.com*
**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys    for    Defendants    CITY    OF
HUNTINGTON BEACH et al.