# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

TYLER SMITH,

      Plaintiff,

    v.

CITY OF HUNTINGTON BEACH, *et al.*,

      Defendants.

Case No. . 8:25-cv-01326-JWH-DFM

**ORDER TO EXTEND LITIGATION DEADLINES**

**NOTE CHANGES MADE BY COURT**

Pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure, as well as the applicable United States District Court, Central District of California Local Rules, and Orders of the Court; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; good cause appearing therefor and in furtherance of the interests of justice, it is hereby **ORDERED** as follows:

1. The litigation deadlines are **EXTENDED** as set forth below:

| DEADLINE | CURRENT | NEW |
| --- | --- | --- |
| Jury Trial (Monday at 9:00 a.m.) | October 19, 2026 | February 22, 2027 |
| Final Pretrial Conference (Friday at 1:00 p.m.) | October 2, 2026 | February 5, 2027 |
| Hearing on Motions *in Limine* (Friday at 9:00 a.m.) | September 18, 2026 | January 29, 2027 |
| Last Date to Hear Dispositive Motions (Friday at 9:00 a.m.) | September 11, 2026 | January 8, 2027 |
| Last Date to File Replies in Support of Dispositive Motions | | December 24, 2026 |
| Last Date to File Oppositions to Dispositive Motions | | December 17, 2026 |
| Last Date to File Dispositive Motions | | December 3, 2026 |
| Last Date to Conduct Settlement Conference | July 10, 2026 | December 4, 2026 |
| All Discovery Cut-Off | August 7, 2026 | October 9, 2026 |
| Rebuttal Expert Discl. | July 24, 2026 | September 25, 2026 |
| Initial Expert Discl. | July 10, 2026 | September 11, 2026 |

2.     The defense's only remaining discovery is to take the deposition of Plaintiff, to conduct one independent medical examination of Plaintiff, and to analyze and interpret Plaintiff's current surgical and medical records related to his injuries from July 16, 2024.

3.     The dates set forth in the previous Civil Trial Orders are **VACATED.**[1]

**IT IS SO ORDERED.**

Dated: ___July 13, 2026___

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1]     Scheduling Ord. [ECF No. 31]; Ord. on Stipulation [ECF No. 45].